# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2013

*The Court of Appeals hereby passes the following order:*

## A13A0760.  ABDUL MALIK CHESTNUT v. CITIMORTGAGE, INC., et al.

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, Defendant Abdul Malik Chestnut appealed the magistrate court's decision to the superior court.  The defendants filed a motion to dismiss the appeal, which the trial court granted on September 4, 2012.  Chestnut then filed this direct appeal.  We lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court ruling, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Chestnut's failure to adhere to the discretionary appeal procedure deprives us of jurisdiction.  Additionally, the appeal is untimely.  An appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Chestnut filed his notice of appeal 30 days after entry of the superior court's order.  This appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/09/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

, Clerk.